UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ZHENLI YE GON,                )
                              )
        Petitioner,           )
                              )
    v.                        )   Civil Action No. 07-1308 (RWR)
                              )
ALBERTO GONZALES, et al.,     )
                              )
        Respondents.          )
_____)

### ORDER

On July 25, 2007, petitioner Zhenli Ye Gon filed a petition for a writ of habeas corpus. It is hereby

ORDERED that the Clerk of Court mail a copy of the petition to the Special Proceedings Division of the United States Attorney's Office for the District of Columbia. It is further

ORDERED that the government shall respond to this petition by August 16, 2007.

SIGNED this 25th day of July, 2007.

_____
RICHARD W. ROBERTS
United States District Judge