```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**ZHENLI YE GON,**            )
                              )
    Petitioner,         )
                              )
    v.                  )   Civil Action No. 07-1308 (RWR)
                              )
**ALBERTO GONZALES, et al.,** )
                              )
    Respondents.        )
_____)


## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that Gon's petition for a writ of habeas corpus [1] be, and hereby is, DENIED. The petition is DISMISSED.

This is a final, appealable order.

SIGNED this 21st day of February, 2008.


                                                    _____/s/_____
                                                  RICHARD W. ROBERTS
                                                  United States District Judge